UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-22188-CIV-ALTONAGA/Reid

JANET GREGORY,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, JANET GREGORY, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between Plaintiff and Defendant have been settled. Plaintiff respectfully requests ninety (90) days to finalize settlement documents and file the Stipulation for Dismissal with the Court.

Dated: July 26, 2024

    Respectfully submitted,

    LIPCON, MARGULIES,
    & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    2800 Ponce de Leon Blvd.
    Suite 1480
    Coral Gables, FL 33134
    Telephone: (305) 373-3016
    Facsimile: (305) 373-6204

By: */s/ Daniel W. Grammes*
    **DANIEL W. GRAMMES**
    Florida Bar No. 1010507
    Dgrammes@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Daniel W. Grammes*
**DANIEL W. GRAMMES**

## SERVICE LIST

Todd L. Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL 33126
Telephone: (305) 436-4653
Facsimile: (305) 468-2132
tsussman@ncl.com
jjara@ncl.com
*Attorneys for Defendant*